Carl R Gustafson, Bar No. 254881
Samantha K. Pruett, Bar No. 330224
Lincoln Law, LLP
1525 Contra Costa Blvd
Pleasant Hill, CA 94523
Phone: (925) 500-4777
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney for Mary Beth Tinetti

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In Re:

MARY BETH TINETTI

Debtor.

Case No: 20-51128

Chapter 13

Judge: M. Elaine Hammond

**INITIAL APPLICATION FOR COMPENSATION**

Applicant Lincoln Law ("Applicant") hereby submits this *Initial Application for Compensation* (the "Application") and requests approval of attorney's fees in the amount of $6,100 pursuant to the *Guidelines for Payment of Attorney's Fees in Chapter 13 Case* in the above-captioned matter.

Applicant filed the *Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys*, which was executed by both Applicant and Debtor. See Dkt. No. 1.

Prior to filing this case, Applicant was paid $654, and Applicant requests that additional fees of $5,446 be paid through Debtor's Chapter 13 Plan pursuant to Section 3.05, upon approval by this Court.

In addition to the base fee of $4,500, Applicant requests approval of the following fees:

$800 Tax claims

$800 Vehicle loans or leases

Applicant hereby attests under penalty of perjury that the fees requested are reasonable and necessary to representation of the interests of the Debtor in connection with the bankruptcy case,

and the fees requested comply with the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases and with the Rights and Responsibilities of Chapter 13 Debtor and her Attorneys.

WHEREFORE, Applicant requests that the Court enter an order approving the Application and for such other and further relief as the Court deems just and proper.

Dated: July 30, 2020                                                                 Respectfully Submitted,


/s/ Carl R Gustafson
Attorney & Counselor at Law

'Initial Application for Compensation'    '2 of 2'    'Case 20-51128 | Doc 1486605'